

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julissa Cota, individually and on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br>V.<br>Carrows Restaurants, LLC, a California corporation; Carrows California Family Restaurants, LLC, a Delaware corporation; Shari's Management Corporation, a Delaware corporation; Does 1 to 10, inclusive **Defendant.** | Civil Action No. 20-cv-01428-TWR-RBB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court DISMISSES WITHOUT PREJUDICE this action for failure timely to effect service pursuant to Federal Rule of Civil Procedure 4(m) and Civil Local Rule 4.1. Case is closed.

Date:      6/13/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ T. Hernandez
                                T. Hernandez, Deputy